**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1831**

---

In re: DAVID CONLEY,

        Petitioner.

---

On Petition for Writ of Mandamus.
(5:13-ct-03251-F)

---

Submitted: October 21, 2014      Decided: October 23, 2014

---

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

David Conley, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Conley petitions for a writ of mandamus seeking orders prohibiting the district court from denying his post-judgment motion to amend his 42 U.S.C. § 1983 (2012) complaint and directing the district court to certify a class and grant relief on his underlying complaint. We conclude that Conley is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Mandamus may not be used as a substitute for appeal. In re Lockheed Martin Corp., 503 F.3d 351, 353 (4th Cir. 2007).

The relief sought by Conley is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED